# ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG -6 PM 3:41

CLERK
SO. DIST. OF GA.

Fairview Park, LP

_____
Plaintiff

v.

Humana Employers Health Plan of Ga., Inc.

_____
Defendant

Case No. ___3:15cv00062___

Appearing on behalf of

Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This __6th__ day of __Aug__, __2015__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: K. Lee Blalack, II

Business Address: O'Melveny & Myers LLP
Firm/Business Name

1625 Eye St., NW
Street Address

Washington, DC 20006
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

(202) 383-5300                D.C. Bar No. 452372
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: lblalack@omm.com