ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 25 PM 4:05

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| FAIRVIEW PARK, LIMITED PARTNERSHIP, d/b/a Fairview Park Hospital, | * * * * | |
| Plaintiff, | * | CV 315-062 |
| v. | * * | |
| HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC., and its affiliates accessing the Plaintiff's agreement, | * * * * * | |
| Defendants. | * | |

# ORDER

On August 25, 2015, the parties in the captioned case filed a "Joint Stipulation of Dismissal," indicating that they have agreed to arbitrate their dispute. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1) and the terms of the Arbitration Submission Agreement. **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2015

UNITED STATES DISTRICT JUDGE